

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-25-2013

# Knight v. Intl Longshoreman Assn

Precedential or Non-Precedential: Precedential

Docket No. 10-3426

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

## Recommended Citation

"Knight v. Intl Longshoreman Assn" (2013). *2013 Decisions*. Paper 608.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/608

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 14, 2013

No. <u>10-3426 and 10-3486</u>

EDDIE KNIGHT; CHARLES S. MILLER-BEY;
EDDIE MCBRIDE; LEONARD RILEY, JR.,
Appellants/Cross Appellees

v.

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION,
Appellee/Cross Appellant

(D. Del. No. 1-01-cv-00005)

Present:  GREENAWAY, JR., NYGAARD and VAN ANTWERPEN, <u>Circuit Judges</u>

1.  Unopposed Motion to Amend the Opinion, filed by Appellants/Cross
    Appellees Eddie Knight, Charles S. Miller-Bey, Eddie McBride, and Leonard
    Riley, Jr.

Respectfully,
Clerk/tnh

_____ORDER_____
The foregoing is hereby granted.  Section IV of the Court's opinion is hereby amended as
follows:

IV.

We will affirm the District Court's order challenged on direct appeal.  We will

reverse, however, the District Court's ruling that Knight's LMRDA § 101(a)(5) rights

were violated.

By the Court,

/s/ Richard L. Nygaard
Circuit Judge

Dated:   June 25, 2013

Tnh/cc:  All Counsel of Record